Timothy Leo HARRINGTON *v.* STATE of Arkansas

CR 97-242                                   938 S.W.2d 859

Supreme Court of Arkansas
Opinion delivered March 17, 1997

*Theresa S. Nazario,* for appellant.

No response.

PER CURIAM. Timothy Leo Harrington, by his attorney, has filed a motion for a rule on the clerk.

His attorney, Theresa S. Nazario, admits in her motion that the record was tendered late due to a mistake on her part.

■ We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.